NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SCOTT DUGAN,                                )
                                           )
            Appellant,                      )
                                           )
v.                                          )            Case No. 2D18-2691
                                           )
JEKATERINA FEDOSEJEVA,                      )
                                           )
            Appellee.                       )
                                           )
_____)

Opinion filed February 8, 2019.

Appeal from the Circuit Court for Pasco
County; Lauralee G. Westine, Judge.

Scott Dugan, pro se Appellant.

Richard A. Motley of Bay Area Legal
Services, Inc., New Port Richey, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and SALARIO and BADALAMENTI, JJ., Concur.